BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-MJ-00263-CKD |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| | ) | COMPLAINT |
| v. | ) | |
| | ) | |
| ALBERTA JOSEPHINA NASH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the complaint against ALBERTA JOSEPHINA NASH without prejudice in the interest of justice.

DATED: November 10, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                       By:  /s/ Michael D. Anderson
                                            MICHAEL D. ANDERSON
                                            Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the complaint in the above captioned case be dismissed against defendant ALBERTA JOSEPHINA NASH without prejudice in the interest of justice.

DATED: November 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:crim
nash0263.mtd-ord.wpd

2